UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAROLYN J. PALMER,<br><br>Plaintiff,<br><br>v.<br><br>JACOB COLLECTION GROUP, LLC,<br><br>Defendant. | Case No. 1:17-cv-05932<br><br>Honorable Judge Amy J. St. Eve |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CAROLYN J. PALMER and the Defendant JACOB COLLECTION GROUP, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41.

Dated: March 27, 2018                                   Respectfully Submitted,

**CAROLYN J. PALMER**                                   **JACOB COLLECTION GROUP, LLC**

*/s/ Marwan R. Daher*                                   */s/ Brittney N. Cato (with consent)*
Marwan R. Daher                                         Brittney N. Cato
*Counsel for Plaintiff*                                 *Counsel for Jacob Collection Group, LLC*
Sulaiman Law Group, Ltd.                                Hinshaw & Culbertson, LLP
2500 S. Highland Ave., Ste. 200                         222 N. LaSalle Street, Suite 300
Lombard, Illinois 60148                                 Chicago, IL 60601
Phone: (630) 575-8181                                   Phone: (312) 704-3072
mdaher@sulaimanlaw.com                                  bcato@hinshawlaw.com